1006

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS CLAYTON PALMER, *Appellant.*

NORTHWEST BUSINESS INVESTMENT CORPORATION *et al., Respondents,* v. ALBERT H. FARMER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM EDWARD CLARK, *Appellant.*

DEL J. SIMMONS, *Respondent,* v. KENNETH W. CAIN *et al., Appellants.*

ASSOCIATED SAND & GRAVEL CO., INC., *Respondent,* v. AARON (ROY) HAMMOND *et al., Defendants,* UNITED PACIFIC INSURANCE COMPANY, *Appellant.*